AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
FEB 23 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
Jose Emilio Argueta
and
Michael Alan Kiel

*Defendant(s)*

Case No. 1:16MJ81

UNDER SEAL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Feb. 2015 through Feb. 2016__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1), & 846 | Conspiracy to distribute 500 grams or more of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

see attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
James Levine

*Complainant's signature*
Beau Bilek, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-23-2016

City and state: Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge